860

## William Ewald ANDERSON v. UNITED STATES.

### No. 10116.

Circuit Court of Appeals, Ninth Circuit.

April 27, 1942.

Ross N. Kingston, of Seattle, Wash., for appellant.

J. Charles Dennis, U. S. Atty., and Frank Pellegrini, Asst. U. S. Atty., both of Seattle, Wash., for appellee.

Before GARRECHT, HANEY, and HEALY, Circuit Judges.

PER CURIAM.

Upon consideration of the stipulation of appellant, and of counsel for respective parties, and by direction of the Court, ordered appeal herein dismissed, that a judgment be filed and entered accordingly, and that the mandate of this court in this cause issue forthwith.

## Clifford C. ANGLIM, Collector of Internal Revenue, First Dist. of Calif., v. Arthur L. BELL.

### No. 10122.

Circuit Court of Appeals, Ninth Circuit.

May 4, 1942.

Frank J. Hennessy, U. S. Atty., of San Francisco, Cal., for appellant.

Howard B. Crittenden, of Tracy, Cal., for appellee.

Before GARRECHT, MATHEWS, and HEALY, Circuit Judges.

PER CURIAM.

On motion of appellant, and good cause therefor appearing, ordered appeal herein dismissed, that a judgment be filed and entered accordingly, and that the mandate of this court in this cause issue forthwith.

## John J. BLAGG, Trustee of Estate of Melvin H. Klyce, Bankrupt, v. Melvin H. KLYCE.

### No. 10091.

Circuit Court of Appeals, Ninth Circuit.

May 21, 1942.

George A. Corwin, of San Anselmo, Cal. (Jerome J. Cahill and Torregano & Stark, all of San Francisco, Cal., of counsel), for appellant.

Arthur P. Shapro and Douglas A. Nye, both of San Francisco, Cal., for appellee.

Before MATHEWS, HANEY, and HEALY, Circuit Judges.

PER CURIAM.

Upon consideration of the stipulation of counsel for respective parties that this cause has been fully satisfied, compromised, and settled by an order duly made and entered by the United States District Court for the Northern District of California in the proceedings in bankruptcy, ordered appeal herein dismissed, that a decree be filed and entered accordingly, and mandate of this court in this cause issue forthwith.